ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/18/2015 9:44:42 AM
KEITH HOTTLE
CLERK

# DYKEMA COX SMITH

Dykema Cox Smith
Weston Centre
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205

WWW.DYKEMA.COM

Tel:    210.554.5500
Fax:   210.226.8395

**C. David Kinder**
Direct Dial: 210.554.5271
Email: DKinder@dykema.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/18/2015 9:44:42 AM
KEITH E. HOTTLE
Clerk

May 18, 2015

**Via Electronic Filing**

Mr. Keith A. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205

> Re:    No. 04-14-00807-CV; *Brad and Randi Aery, et al. v. Hoskins, Inc., et al.*; In the Fourth Court of Appeals, San Antonio, Texas

Dear Mr. Hottle:

Please be advised that, effective May 1, 2015, the law firm of Cox Smith Matthews Incorporated combined with the law firm of Dykema Gossett PLLC.  The firm is now doing business in Texas as Dykema Cox Smith.  Also as a result of this combination, my e-mail address is now dkinder@dykema.com.  My address and telephone number remain the same.

Please update your files in the above case to reflect the new firm name and my new e-mail address, and address future correspondence to me accordingly.  By copy of this letter, I am informing counsel in the above case.

Thank you for your attention to this matter.

Sincerely

C. David Kinder

CDK/dtr/33196.10.

ic:    Ellen B. Mitchell
       Melanie L. Fry

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

6051364.1

cc:

| | |
|---|---|
| Rosemarie Kanusky<br>John W. Weber, Jr.<br>Jeffrey A. Webb<br>James Summers<br>NORTON ROSE FULBRIGHT US LLP<br>300 Convent, Suite 2100<br>San Antonio, Texas 78205<br>Rosemarie.Kanusky@nortonrosefulbright.com<br>John.Weber@nortonrosefulbright.com<br>Jeff.Webb@nortonrosefulbright.com<br>James.Summers@nortonrosefulbright.com<br>*Appellate Counsel for the House Family* | Dan Pozza<br>LAW OFFICE OF DAN POZZA<br>239 East Commerce Street<br>San Antonio, Texas 78205<br>danpozza@yahoo.com<br>*Appellate Counsel for Aery Family* |
| David Ylitalo<br>COATS ROSE PC<br>1020 Northeast Loop 410, Suite 800<br>San Antonio, Texas 78209<br>dylitalo@coatsrose.com<br>*Counsel for Leonard Hoskins* | Marc K. Whyte<br>WHYTE, PLLC<br>209 Tuttle<br>San Antonio, Texas 78209<br>whytemarc@gmail.xom<br>*Counsel for Aery Family* |
| Peter E. Hosey<br>Julia W. Mann<br>JACKSON WALKER L.L.P.<br>112 East Pecan Street, Suite 2400<br>San Antonio, Texas 78205<br>phosey@jw.com<br>jmann@jw.com<br>*Counsel for Lee Ann Kulka, Lee Roy Hoskins, III and Andrea Jurica* | John George, Jr.<br>Matthew F. Wymer<br>BEIRNE, MAYNARD & PARSONS, LLP<br>112 East Pecan Street, Suite 2750<br>San Antonio, Texas 78205<br>jgeorgejr@bmpllp.com<br>mwymer@bmpllp.com<br>*Counsel for Aery Family* |
| Jason A. Newman<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Jason.newman@bakerbotts.com<br>*Counsel for Texoz E&P I, Inc.* | Melanie Hessler Phipps<br>KUSTOFF & PHIPPS, LLP<br>4103 Parkdale Street<br>San Antonio, Texas 78229-2520<br>mphipps@kplegal.com<br>*Counsel for Aery Family* |

6051364.1

| | |
|---|---|
| Benjamin F. Youngblood, III<br>BENJAMIN F. YOUNGBLOOD III, P.L.L.C.<br>8207 Callaghan Road, Suite 100<br>San Antonio, Texas 78230<br>bfy@prodigy.net<br>*Counsel for Jane W. Hoskins* | Ezra A. Johnson<br>UHL, FITZSIMONS,<br>JEWETT & BURTON, PLLC<br>4040 Broadway, Suite 430<br>San Antonio, Texas 78209<br>ejohnson@ufjblaw.com<br>*Counsel for Blake C. Hoskins* |
| David W. Navarro; Brendon C. Holm<br>HORNBERGER SHEEHAN FULLER BEITER<br>WITTENBERG & GARZA INCORPORATED<br>The Quarry Heights Building<br>7373 Broadway, Suite 300<br>San Antonio, Texas 78209<br>dnavarro@hsfblaw.com<br>bholm@hsfblaw.com<br>*Counsel for Brent C. Hoskins* | Michael C. Sartori<br>LAW OFFICE OF MICHAEL C. SARTORI<br>P.O. Box 1222<br>502A Houston Street<br>George West, Texas 78022<br>Michael@msartori.com<br>*Counsel for Hoskins, Inc., C. Clifton Hoskins,*<br>*Trudy Day, and Hazel Q. Hoskins* |
| Conner R. Jackson<br>R. Clay Hoblit<br>HOBLIT FERGUSON DARLING, LLP<br>2000 Frost Bank Plaza<br>802 Carancahua<br>Corpus Christi, Texas 78401<br>cjackson@hfdlaw.com<br>choblit@hfdlaw.com<br>*Counsel for Aurora Resources Corporation* | Bruce D. Oakley<br>Robert L. Pillow<br>HOGAN LOVELLS US LLP<br>700 Louisiana Street, Suite 4300<br>Houston, Texas 77002<br>Bruce.oakley@hoganlovells.com<br>Robert.pillow@hoganlovells.com<br>*Counsel for Armadillo E&P, Inc., Sea Eagle Ford,*<br>*LLC, and Sundance Energy, Inc.* |